# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF RHONE, | )<br>) |
| Petitioner, | ) Civil Action No. 13-760<br>) |
| v. | ) Judge Cathy Bissoon |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | ) Magistrate Judge Robert C. Mitchell<br>)<br>) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

On June 25, 2013, this case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On September 12, 2013, the Magistrate Judge issued a Report (Doc. 13) recommending that Respondents' Motion to Dismiss (Doc. 11) be granted, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Respondents' Motion to Dismiss (**Doc. 11**) is **GRANTED**; the Petition of Yusef Rhone under 28 U.S.C. § 2254 (**Doc. 4**) is **DISMISSED**; and a certificate of appealability is **DENIED**.

The Report and Recommendation of Magistrate Judge Mitchell dated September 12, 2013 hereby is adopted as the Opinion of the District Court.

October 3, 2013                                         s\Cathy Bissoon
                                                                          Cathy Bissoon
                                                                          United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

Yusef Rhone
GT-1688
SCI Albion
10745 Route 18
Albion, PA 16475-0002